IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

YU YI CHIEN,

       Plaintiff,

  v.                                     Civ. No. 08-486-RMU

THE GEORGE WASHINGTON UNIVERSITY,
2121 I Street, NW
Washington, DC 20052

       Defendant.

## MOTION FOR EXTENSION OF TIME TO RESPOND TO COMPLAINT

The George Washington University ("GW"), the named defendant in this matter, hereby moves for an extension of time – through and including April 24, 2008 – within which to answer, move or otherwise respond to plaintiff's Complaint. As grounds therefore, GW states as follows:

Plaintiff filed this case on March 21, 2008. A summons and a copy of the Complaint were delivered to GW's Office of the Vice President and General Counsel on March 31, 2008. These materials were delivered by certified mail and were accompanied by a cover memorandum dated March 24, 2008 from Ms. Cathy Shilt, Assistant to plaintiff's counsel, Aaron Durden.

On April 11, 2008, counsel undersigned telephoned Mr. Durden at his office in Dayton, Ohio to request consent for an extension of time to answer, move or otherwise respond to the Complaint. Counsel spoke with Mr. Durden's assistant, Ms. Shilt, and informed her of the purpose for the call. Ms. Shilt stated that Mr. Durden was away from

his office that day, but would return on April 14 and return the call at that time. As of the time of this filing, counsel undersigned has not heard from Mr. Durden, and therefore is not in a position to know whether plaintiff consents to this motion.

Based on the foregoing, GW requests that this motion be granted, and that GW be allowed through and including April 24, 2008 to respond to the Complaint.

                Respectfully submitted,

                s/Thomas B. Smith
                Thomas B. Smith
                D.C. Bar No. 412192
                Associate General Counsel
                The George Washington University
                2100 Pennsylvania Avenue, NW
                Washington, D.C. 20052
                Tel. (202) 994-6503
                Fax (202) 994-4640
                tbsmith@gwu.edu

                Counsel for Defendant
                The George Washington University

Date:  April 14, 2008

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| YU YI CHIEN,<br><br>   Plaintiff,<br><br> v.<br><br>THE GEORGE WASHINGTON UNIVERSITY,<br><br>   Defendant. | Civ. No. 08-486-RMU |

### ORDER

Upon consideration of the Motion for Extension of Time to Respond to Complaint, it is hereby

ORDERED that said Motion be and hereby is GRANTED. And is it further

ORDERED that defendant The George Washington University shall have through and including April 24, 2008 to answer, move or otherwise respond to the Complaint in this matter.

_____
United States District Judge

Dated:


Serve:  All Counsel of Record by CM/ECF