**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| YU YI CHIEN,<br><br>       Plaintiff,<br><br>v.<br><br>THE GEORGE WASHINGTON UNIVERSITY,<br><br>       Defendant. | Civ. No. 08-486-RMU |

**RULE 7.1 DISCLOSURE**

I, the undersigned counsel of record for The George Washington University ("GW") certify that to the best of my knowledge and belief GW has no parent companies, affiliates or subsidiaries which have any outstanding securities in the hands of the public. This representation is made so that the Judges of this Court may determine the need for recusal.

                                                                         Respectfully submitted,

                                                                         s/Thomas B. Smith
                                                                         Thomas B. Smith
                                                                         D.C. Bar No. 412192
                                                                          Associate General Counsel
                                                                          The George Washington University
                                                                          2100 Pennsylvania Avenue, NW
                                                                          Washington, D.C. 20052
                                                                          Tel. (202) 994-6503
                                                                          Fax (202) 994-4640
                                                                          tbsmith@gwu.edu

                                                                          Counsel for Defendant
                                                                          The George Washington University

Date:   April 24, 2008